■ LAURA BARONE, Individually and as Administratrix of the Estate of VINCENT BARONE, Deceased, Appellant, v ELIZABETH FIREHOUSE, LLC, et al., Respondents. [52 NYS3d 225]— Order, Supreme Court, New York County (Arlene P. Bluth, J.), entered April 19, 2016, which granted defendants' motions for summary judgment dismissing the wrongful death causes of action as against them, unanimously reversed, on the facts and the law, without costs, and the motions denied.

Defendants failed to establish their prima facie case. Defendants merely pointed out perceived gaps in plaintiff's case (*see Dabbagh v Newmark Knight Frank Global Mgt. Servs., LLC*, 99 AD3d 448, 450 [1st Dept 2012]; *Salgado v Port Auth. of N.Y. & N.J.*, 105 AD3d 417 [1st Dept 2013]). Concur—Tom, J.P., Mazzarelli, Manzanet-Daniels and Webber, JJ. ■